260 F.2d 358
 Joseph P. SCHMIT, Petitioner,
v.
SECURITIES & EXCHANGE COMMISSION, Respondent, Great Northern
Investments, Inc., Intervenor.
 No. 16072.
 United States Court of Appeals Eighth Circuit.
 Oct. 27, 1958.
 
 Schermer & Gensler, Minneapolis, Minn., for petitioner.
 Thomas G. Meeker, Gen. Counsel, David Ferber, Asst. Gen. Counsel, and Sidney D. Goldberg, Sp. Counsel, Securities & Exchange Commission, Washington, D.C., for respondent.
 John W. Windhorst, Minneapolis, Minn., George M. Schlosser and John P. Ryan, Jr., Chicago, Ill., for intervenor.
 PER CURIAM.
 
 
 1
 Petition to review order of Securities & Exchange Commission dismissed with prejudice, on motion of petitioner.